UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the Matter of Debtor/Employee: ) | Chapter 13 |
| Regina N Ruffin ) | |
| 4606 Crested Butte Road ) | Case No: 17-10157-SDB |
| Augusta, GA 30909 ) | |

### AMENDED NOTICE TO COMMENCE WAGE WITHHOLDING

Pursuant to General Order 2013-1, issued by the UNITED STATES BANKRUPTCY COURT for the Southern District of Georgia on February 22, 2013, NOTICE IS HEREBY GIVEN that the Debtor's employer:

Sharon Baptist Church
3434 Sharon Rd
Attn Payroll
Augusta, GA 30909

which owes wages to the Debtor, shall withhold therefrom, to the exclusion of all other deductions and legal processes, except for

- taxes;
- court-ordered child support payments;
- employee portion of the cost of medical benefits;
- employee portion of the cost of term-life insurance obtained through Debtor's employer;
- required contributions to the Debtor's retirement or pension plan if maintained by the Debtor's employer, and
- labor union dues,

the equivalent monthly amount of $349.00 beginning **IMMEDIATELY** and shall remit said funds, at least monthly, to the Chapter 13 Trustee at the address below, and shall continue to do so each month until further notice. If Debtor receives wages weekly, bi-weekly, semi-monthly or in any manner that is more frequent than once each month, the employer shall deduct a portion of the Debtor's monthly plan payment from each wage payment unless the Debtor requests the full amount be deducted in one payment each month, as outlined below:

| Weekly | Bi-Weekly | Semi-Monthly | Monthly |
|---|---|---|---|
| $80.54 | $161.08 | $174.50 | $349.00 |

**UNTIL FURTHER NOTICE, YOU ARE REQUIRED AND DIRECTED TO REMIT PAYMENTS TO:**
Office of the Chapter 13 Trustee - Augusta
P O Box 102173
Atlanta, GA 30368-2173

The Employee/Debtor's name and case number must be on your payments. Contact the Trustee's Office at 706-724-1039 to submit electronic payments. Please notify the Trustee's Office if and when the debtor leaves your employment.

Employers may not deduct from Debtor's earnings any sum for expenses for administering this Notice unless approved by the Court upon application. Objections to this Notice must be filed in writing with the United States Bankruptcy Court at the following address: P O Box 1487, Augusta, GA 30903. DO NOT SEND PAYMENTS TO THIS ADDRESS.

This 27th day of April 2017.

_____
Huon Le
Chapter 13 Trustee

cc: Matthew James Duncan
    Attorney At Law
    2602 Commons Blvd Ste A
    Augusta, GA 30909