OFFICE OF THE CHAPTER 13 TRUSTEE HUON LE

In the Matter of:
Regina N Ruffin                                    Chapter 13 Case No: 17-10157-SDB
4606 Crested Butte Road                     )
Augusta, GA 30909                              )    Social Security No.
                                                             )        XXX-XX-4973
Debtor                                                   )

## TRUSTEE'S REPORT ON CONFIRMATION

On Monday, April 24, 2017, the Bankruptcy Court confirmed the above debtor's plan with a dividend to unsecured creditors of not less than 0%. Disbursements shall be made by the Trustee to the following creditors:

| Clm # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
|  | Matthew James Duncan | Attorney Fee | $3,000.00 |
|  | Clerk of US Bankruptcy - Augusta | Filing Fee | $0.00 |
|  | Clerk of US Bankruptcy - Augusta | Notice Fee | $0.00 |
| 1.00 | GA Department Of Revenue | Priority Unsecured (P) | $1,057.31 |
| 1.10 | GA Department Of Revenue | Unsecured Pro-Rata (U) | $327.20 |
| 2.00 | Internal Revenue Service | Priority Unsecured (P) | $4,057.51 |
| 2.10 | Internal Revenue Service | Unsecured Pro-Rata (U) | $193.63 |
| 3.00 | Center for Primary Care | Unsecured Pro-Rata (U) | $1,166.33 |
| 4.00 | Terry Nelson | Unsecured Pro-Rata (U) | $3,094.00 |
| 5.00 | U S A A Savings Bank | Unsecured Pro-Rata (U) | $12,812.67 |
| 6.00 | Wells Fargo Bank | Unsecured Pro-Rata (U) | $4,713.82 |
| 7.00 | Midland Funding LLC | Unsecured Pro-Rata (U) | $1,845.66 |
| 8.00 | Midland Funding LLC | Unsecured Pro-Rata (U) | $426.80 |
| 9.00 | Midland Funding LLC | Unsecured Pro-Rata (U) | $1,091.15 |
| 10.00 | Wells Fargo Bank NA | Direct Pay Claim Filed As Secured (Y) | $0.00 |
| 10.10 | Wells Fargo Bank NA | Arrears Pro-Rata (E) | $11,636.83 |
| 11.00 | American Infosource LP | Unsecured Pro-Rata (U) | $279.49 |

PAGE NUMBER 1 CONTINUED ON NEXT PAGE

<u>CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE HUON LE
OF TRUSTEE'S REPORT ON CONFIRMATION</u>

In the Matter of:

Regina N Ruffin
Case No. 17-10157-SDB

I hereby certify that at my direction a copy of the Trustee's Report on Confirmation was mailed to the above-named Debtor and the parties whose name appears below either by electronic or first-class mail with sufficient postage attached to insure delivery.

Center for Primary Care, P O Box 2510, Evans, GA 30809

GA Department Of Revenue, 1800 Century Blvd NE Ste 9100, Atlanta, GA 30345

Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101

Matthew James Duncan, Attorney At Law , 2602 Commons Blvd Ste A, Augusta, GA 30909, matthew.james.duncan.myecfmail@gmail.com

Midland Funding LLC, C/O Midland Credit Management Inc, P O Box 2011, Warren, MI 48090, mbx_ilms_bankruptcy@mcmcg.com

Terry Nelson, C/O Nathan Huff, 228 Baston Rd, Augusta, GA 30907, nhuff@nehlaw.com

U S A A Savings Bank, C/O Weinstein & Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121, bncmail@w-legal.com

Verizon, c/o American InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118

Wells Fargo Bank NA, 1000 Blue Gentian Rd N9286 01Y, Eagan, MN 55121-7700

Wells Fargo Bank NA, c/o Wells Fargo Card Services, P O Box 10438 MAC F8235 02F, Des Moines, IA 50306-0438

Wells Fargo Bank NA, 1000 Blue Gentian Rd N9286 01Y, Eagan, MN 55121-7700

September 14, 2017

/s/ John Eckert

For the Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127
Phone Number: (706) 724-1039

PAGE NUMBER 2