**IT IS ORDERED as set forth below:**



Date: October 25, 2017

_____
Susan D. Barrett
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
### For the Southern District of Georgia

In the matter of:

Regina Nelson Ruffin,   )   Chapter 13
                        )
                        )
                        )   Case No. 17-10157
         Debtor(s)      )

### ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS OR IN THE ALTERNATIVE TO DISMISS

Upon having read and considered the above Motion, the same is hereby:

[✓] Granted and

  [✓] Plan payments are increased to $ 370.00 per month for the balance of the plan beginning November, 2017.

  [ ] Debtor(s) pay $ _____ by _____.

  [ ] Debtor(s) pay $ _____ per _____ until _____.

  [ ] Debtor(s) case is dismissed
      [ ] With prejudice against re-filing for 180 days.
      [ ] Unless Debtor(s) convert to Chapter 7 within fourteen (14) days, $25 conversion fee is due upon filing of notice of conversion.

Chapter 13 Case No. 17-10157

Page 2

☐ Denied.

☐ Continued to the _____ term of Court.

   ☐ With payments of $_____ in the interim.

☐ Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for hearing is filed within fourteen (14) days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

**[END OF DOCUMENT]**

**Consented to by:**

_____  
Debtor

/s/ Matthew James Duncan  
_____  
Attorney for Debtor

_____  
Debtor

*Cortney R Elam* (signature)  
_____  
Chapter 13 Trustee/Attorney for  
Huon Le, Cortney Elam, Jane Miller